Case 10-25060 Filed 04/23/15 Doc 53



APR 2 3 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| 1 | DAVID P. CUSICK, TRUSTEE |
| 2 | P O BOX 1858 |
| 3 | SACRAMENTO, CA 95812-1858 |
| 4 | (916) 856-8000 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                    ) Case No.: No. 10-25060-E-13C
                                          )
MADRID, FRANK ALAN                        ) UNCLAIMED FUNDS
MADRID, JULIE M.                          )
                                          )
_____Debtor(s)_____           )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #738194 in the sum of $1,868.83 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 30 | One West Bank<br>6900 Beatrice Cr<br>Kalamazoo, MI  49009 | $77,792.57 | $1,868.83 |

TOTAL CHECK $1,868.83

Dated this 17th day of April, 2015.    BY: _____
                                            TRUSTEE